# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1606
_____

DENNIS JOINER,

   Appellant,

   v.

MARION COUNTY SHERIFF'S
OFFICE/NORTH AMERICAN RISK
SERVICES,

   Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Marjorie Renee Hill, Judge.

Date of Accidents:  October 31, 2015; July 15, 2016.

February 5, 2018


PER CURIAM.

   AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bill McCabe, Longwood, and Tonya A. Oliver, Tampa, for Appellant.

R. Stephen Coonrod of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Tallahassee and Tracey J. Hyde of McConnaughhay, Coonrod, Pope, Weaver & Stern, P.A., Panama City, for Appellees.